UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE, | |
| Plaintiff, | Case No. CIV-10-1286-M |
| v. | |
| TOM L. WARD, | **STIPULATION OF DISMISSAL** |
| Defendant, | |
| – and – | |
| SANDRIDGE ENERGY, INC., | |
| Nominal Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Donna Ann Gabriele Chechele, Defendant Tom L. Ward, and Nominal Defendant SandRidge Energy, Inc., through their undersigned attorneys, STIPULATE AND AGREE that:

1. The above-captioned action is voluntarily dismissed in its entirety, as against Defendant Tom L. Ward and as against Nominal Defendant SandRidge Energy, Inc., with prejudice;

2. Plaintiff's claims against Defendant Tom L. Ward are dismissed with prejudice.

Respectfully submitted this 9th day of November 2012.

*signature*
M. Richard Mullins, OBA # 13329
McAFEE & TAFT
A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Phone: (405) 235-9621
Fax: (405) 235-7632
richard.mullins@mcafeetaft.com

*signature*
Jon Williford
GRIFFIN, REYNOLDS & ASSOCIATES
210 Southeast 89th Street
Oklahoma City, OK 73149
Phone: (405) 721-9500
Fax: (405) 721-9503
jon@jonwillifordlaw.com

Robert E. Zimet, *pro hac vice*
John Boyle, *pro hac vice*
Miriam Tauber, *pro hac vice*
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
robert.zimet@skadden.com
john.boyle@skadden.com
miriam.tauber@skadden.com

William Christopher Carmody, *pro hac vice*
Arun Subramanian, *pro hac vice*
SUSMAN GODFREY LLP
560 Lexington Avenue, 15th Floor
New York, NY 10022-6828
Phone: (212) 336-8330
Fax: (212) 336-8340
asubramanian@susmangodfrey.com
bcarmody@susmangodfrey.com

James A. Hunter, *pro hac vice*
HUNTER & KMIEC
150 East 44th Street, No. 9A
New York, NY 10017
Phone: (646) 666-0122
Fax: (646) 462-3356
hunter@hunterkmiec.com

*Attorneys for Tom L. Ward*

*signature*
Bradley A. Gungoll, OBA #3660
Reagan D. Allen, OBA #19739
GUNGOLL, JACKSON, COLLINS,
BOX & DEVOLL, P.C.
101 Park Avenue, Suite 1400
Oklahoma City, OK 73102
Phone: (405) 272-4710

*Attorneys for Plaintiff*

Fax: (405) 272-5141
gungoll@gungolljackson.com
allen@gungolljackson.com

Robert P. Haney, Jr., *pro hac vice*
Eric Hellerman, *pro hac vice*
Irene C. Ma, *pro hac vice*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: (212) 841-1155
Fax: (212) 441-9155
rhaney@cov.com
ehellerman@cov.com
ima@cov.com

*Attorneys for SandRidge Energy, Inc.*